B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **American Spectrum Realty, Inc.**                                       Case No.

                                                                                   Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| D&A Daily Mortgage Fund III, LP<br>c/o Dunham & Assoc Invstmnt<br>10251 Vista Sorrento Pky #200<br>San Diego, CA 92121 | | | Disputed | $20,071,241.00 |
| Allen Matkins Leck Gamble<br>Mallory<br>515 South Figueroa St, 7th Floor<br>Los Angeles, CA 90071-3398 | | ASDP | | $835,305.00 |
| Faubus Keller L.L.P.<br>1001 Texas Avenue, 11th Floor<br>Houston, TX 77002 | | ASROP | | $500,000.00 |
| CIGNA HealthCare<br>Attn: Revenue Management<br>P.O. Box 644546<br>Pittsburgh, PA 15264-4546 | | ASMG | | $130,848.54 |
| First Insurance Funding<br>Corporation<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | | ASROP | | $102,395.26 |
| Gainer Donnelly & Desroches<br>2 Riveryway<br>Houston, TX 77056 | | ASROP | | $101,452.66 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   American Spectrum Realty, Inc.                    Case No.

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Polsinelli Shughart PC<br>One East Washington St, Suite 1200<br>Phoenix, AZ 85004-2568 | | ASROP | | $64,793.50 |
| EEPB, P.C.<br>1333 W Loop South, Suite 1400<br>Houston, TX 77027 | | ASROP | | $55,500.00 |
| Thompson & Knight LLP<br>333 Clay Street, Suite 3300<br>Houston, TX 77002 | | ASROP | | $55,007.18 |
| Tracy Thomson<br>2967 Michelson Drive, Ste G240<br>Irvine, CA 92612 | | ASROP | | $55,000.00 |
| Carr, Riggs, & Ingram, LLC<br>4360 Chamblee Dunwoody Rd # 420<br>Atlanta, GA 30341 | | ASROP | | $53,896.80 |
| Donovan & Watkins, LP<br>1400 Post Oak Blvd., Ste. 200<br>Houston, TX 77056 | | ASMG | | $45,453.94 |
| Employment Development Department<br>PO Box 82676<br>Sacramento, CA 94230-6276 | | ASMG | | $41,768.95 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **American Spectrum Realty, Inc.**                                              Case No.

                                                                                       Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 2

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Spectrum REIT 1, Inc.<br>2401 Fountain View Dr. Suite 750<br>Houston, TX 77057 | | ASRA | | $41,254.26 |
| Stacey F. Speier<br>6129 Edloe<br>Houston, TX 77005 | | ASROP | | $37,000.00 |
| Patrick D. Barrett<br>132 Pondfield Road #1A<br>Bronxville, NY 10708 | | ASROP | | $31,949.03 |
| Jerry Love CPA, LLC<br>3305 N. 3rd Street, Suite 304<br>Abilene, TX 79603 | | ASROP | | $31,117.70 |
| Bammelbelt, LP c/o Cindie Keller<br>2537 South Gessner, Suite #250<br>Houston, TX 77063 | | ASROP | | $30,130.50 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | ASMG | | $28,437.44 |
| Polsinelli Shughart PC<br>One East Washington St, Suite 1200<br>Phoenix, AZ 85004-2568 | | ASRM | | $26,396.35 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:  **American Spectrum Realty, Inc.**                                    Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Vice President & General Counsel**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __16 March 2015__          Signature: _____
James L. Hurn
Vice President & General Counsel